## AFFIDAVIT OF FRANK H. KERNEY III

STATE OF FLORIDA )
)
County of Hillsborough )

I, Frank H. Kerney III, being first duly sworn upon his oath, deposes and says:

1. I am an attorney in the Consumer Protection Department within the firm of Morgan & Morgan located at 201 N. Franklin St., 7th Floor, Tampa, FL 33602. My direct number is (813) 577-4729 and my fax number is (813) 559-4831. My email is fkerney@forthepeople.com.

2. I am active member of the following state bars: Florida (88672) and Tennessee (035859).

3. I have no pending disciplinary complaints against me.

4. I have not been denied admission to, been disciplined by, resigned from, surrendered a license to practice before, or withdrawn an application for admission to practice while facing complaint.

5. I have reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Rules for the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

6. I designate, Bruce D. Jacobs, as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my anticipated admission under Local Rule 83.1(d).

7. I make this affidavit in support of Plaintiff's Motion for Attorney Admission Pro Hac Vice, and pursuant to Local Rule 83.1(d).

_____
Frank H. Kerney III, Esquire

SUBSCRIBED AND SWORN before me on this 24th day of September, 2019.

_____
Notary Public

LAUREN DOBBINS
Notary Public - State of Florida
Commission # FF 983178
My Comm. Expires Apr 16, 2020